Plaintiff
Exhibit 1A

 RECEIVED RNCC

RECEIVED RNCC   **JAN 23 2019**
DEPARTMENT OF CORRECTIONS

**Informal Complaint** 866_F3_4-17

JAN 14 2019
GRIEVANCE DEPARTMENT

# Informal Complaint

**INSTRUCTIONS TO OFFENDER:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.

**An Informal Complaint is not required for an alleged incident of sexual abuse.**

| Jeremiah Chamberlain | 1084343 | C-1-116 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

| Dr. T. Mathena | 1-4-19 / 1545 hrs |
|---|---|
| Individuals Involved in Incident | Date/ Time of Incident |

- [ ] Unit Manager/Supervisor
- [ ] Personal Property
- [X] Medical Administrator
- [ ] Food Service
- [ ] Commissary
- [ ] Other (Please Specify): _____
- [ ] Institutional Program Manager
- [ ] Mailroom

Briefly explain the nature of your complaint (be specific):

on 1-4-19, Dr Mathena abrubtly ceased my medication I was taking for almost 3 years, continually, without weaning. I began experiencing severe withdrawl about saturday night. Sweats, chills, cramps, nausea & vomiting, liquid bowel, spasms and insomnia. I am just now able to begin writing this complaint. There is no excuse for this torture other than malice or experimentation. Even after a week, I'm still going through this!

Offender Signature _____ Date 1-11-19

**Offenders - Do Not Write Below This Line**

| Date Received: 1/14/2019 | Tracking # RNCC- 19 -INF-00151 |
|---|---|
| Response Due: 1/29/2019 | Assigned to: Medical |

Action Taken/Response:

New tattoo on area of reported pain issues. You were offered an alternative pain medication regimen & refused. If you would like to be re-evaluated please submit a request form.

| L Parks, RN | L Parks, RNCB | 01-15-19 |
|---|---|---|
| Respondent Signature | Printed Name and Title | Date |

## WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____ Date: _____

Staff Witness Signature: _____ Date: _____



VIRGINIA
DEPARTMENT OF CORRECTIONS

Regular Grievance 866_F1_4-17

## REGULAR GRIEVANCE

RECEIVED RNCC

JAN 23 2019

GRIEVANCE DEPARTMENT

Log Number: RNCC- 19 -REG- 00035

| Chamberlain Jeramiah | 1084343 | e-1 | 116 |
|---|---|---|---|
| Last Name, First | Number | Building | Cell/Bed Number |

| Dr. T. Mathena and Lisa Parks | 1-4-19, 1-15-19/ 1545 hrs |
|---|---|
| Individuals Involved in Incident | Date/ Time of Incident |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) On 1-4-19 Dr. Mathena abruptly ceased my medication: (flexeril, Gabapenton and tramadol); a muscle relaxer (flexeril) and anti-spasmodic (seizure med) (gabbapenton); which I have been taking for 3 years; and a narcotic pain reliever (tramadol) that I have been taking for over 2 years; without any weaning process. I went through a horrible week of withdrawl, cramps, insomnia, nausea/vomiting, liquid bowel, pain and spasms. Even to this day, I'm still suffering mild symptoms. On 1-15-19, Lisa Parks responds to my complaint: "New tattoo on areca of reported pain", "offered alternatives + refused". This response does not answer this issue, but is a feeble attempt to cloud the issue. A new tattoo does not negate the need, or standard of care to wean a patient off of medications that has been prescribed and taken for several years especially seizure meds & narcotics. Whether "experimental" or malicious, this is clearly un-excusable.

**What action do you want taken?** There's nothing that can be done, I'm simply exhausting my remedies to pursue a medical malpractice tort to sue for pain and suffering where I can recieve adequate remedies at law. As I stated, this conduct was unexcusable.

Grievant's Signature: _[signature]_                    Date: 1-18-19

Warden/Superintendent's Office: _____

Date Received: _____



**VIRGINIA**
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_4-17

**INSTRUCTIONS FOR FILING:** You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the facility Grievance Office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

| | **INTAKE:** Grievances should be accepted for logging unless returned for the following reason(s): |
|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1.<br>☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline*.<br>☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally (This issue did not cause you personal loss or harm) |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☐ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☐ | Informal Procedure. You have not used the informal process to <u>resolve</u> your complaint |
| ☐ | Request for services |
| ☐ | Insufficient Information (Not to include Medical). You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: _____ |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

Institutional Ombudsman/Grievance Coordinator: _____   Date: _____

**If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.**

| Regional Review of Intake (within 5 working days of receipt) | |
|---|---|
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure*. |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☐ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: _____   Date: _____

**WITHDRAWAL OF GRIEVANCE:** I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____   Date: _____

Staff Witness: _____   Date: _____

*Revision Date: 4/28/17*



VIRGINIA DEPARTMENT OF CORRECTIONS

## Offender Grievance Response - Level I

866.1 A-6

DOC Location: RNCC River North Correctional Center

Report generated by Walls, B S

Report run on 01/24/2019 at 8:49 AM

**RECEIVED**

| Offender Name | | DOC# | Location | | Grievance Number |
|---|---|---|---|---|---|
| Chamberlain, Jeremiah **FEB 0 6 2019** | | 1084343 | **Current** River North Correctional Center | | RNCC-19-REG-00035 |
| Housing **OFFICE OF HEALTH SERVICE** | | | **Filed** River North Correctional Center | | |
| C-1-116-B | | | | | |

LEVEL I:   __WARDEN/SUPERINTENDENT'S RESPONSE__   (To be completed and mailed within 30 calendar days)

**In your grievance you state** on 1/4/19, Dr. Mathena abruptly ceased your medications of flexeril, gabapentin, and tramadol; which you have been taking for 2-3 years, without any weaning process. You allege you went through a horrible week of withdrawal, cramps, insomnia, nausea/vomiting, liquid bowel, pain, and spasms. You declare you are still suffering from mild symptoms. You proclaim on 1/15/19, Lisa Parks responded to your Informal Complaint saying "New tattoo in area of reported pain" and "offered alternative & refused"; however, this response does not answer your issue and is only a feeble attempt to cloud the issue. You insist a new tattoo does not negate the need or standard of care to wean a patient off of medications that have been prescribed and taken for several years, especially seizure meds and narcotics. You contend whether experimental or malicious, this is inexcusable.

**As a result of this grievance you would like** to exhaust your remedies to pursue a medical malpractice tort to sue for pain and suffering where you can receive adequate remedies at law.

**An investigation into your complaint indicates:** Medical documentation shows you were offered an alternative medication after Dr. Mathena stopped your flexeril, gabapentin, and tramadol. Medical documentation indicates you chose to refuse the offered medication. Dr. Mathena can re-evaluate you; however, you must submit a request form to Medical indicating your request and may be subject to a copay charge. No violation of procedure is found.

**Your grievance is governed by** OP 720.2 Medical Screening, Classification, and Levels of Care.

**After thoroughly** reviewing the information presented by staff **in response to your complaint and the policy governing** the issue, I find your grievance to be **UNFOUNDED.**

| If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to: Health Services Director, PO Box 26963, Richmond, VA 23261-6963 | |
|---|---|
| ___BLKanode___  BLK Anode | ___1/28/19___ |
| Warden/Superintendent | Date |

I wish to appeal the Level I response because: As I have Consistently Stated, there was no excuse for not weaning me off of the meds, that were taken away. The response given

following the investigation is unacceptable, 1) the alternative treatments offered had already been exhausted (serious adverse reactions, allergies and/or ineffective); 2) More importantly, my medical records show on 12/18/17, per an alternate treatment, Dr. Kevin Fox still weaned me off of the gabapentin and tramadol prior to the med. change. Again, I was forced to endure the severe withdrawal from Flexeril, Gabapentin and tramadol which I have been taking for over 2-3 years, because medical refused to wean me off.

| Offender Signature | Date | 1-25-19 |
|---|---|---|



VIRGINIA DEPARTMENT OF CORRECTIONS 866.1 A-7

DOC Location: C00 Central Office, Administration

Report generated by HR

Report run on 02/08/2019 at 9:07 AM

## Offender Grievance Response - Level II

| Offender Name | DOC# | Location | | Grievance Number |
|---|---|---|---|---|
| Chamberlain, Jeremiah | 1084343 | **Current** | River North Correctional Center | RNCC-19-REG-00035 |
| **Housing** | | **Filed** | River North Correctional Center | |
| C-1-116-B | | | | |

**LEVEL II: REGIONAL DIRECTOR, HEALTH SERVICES DIRECTOR OR CHIEF OF OPERATIONS FOR OFFENDER MANAGEMENT SERVICES RESPONSE** (To be completed and mailed within 20 calendar days)

**LEVEL II HEALTH SERVICES DIRECTOR:**

Your grievance appeal complaint has been reviewed along with the response from Level I and your complaint that Dr. Mathena abruptly ceased your medications which you were taking for three years without weaning.

Based on the information provided and upon further investigation, I concur with the Level I response and have determined your grievance **UNFOUNDED.** Please note that the decision to discontinue your medications rest with the clinical judgment of the institutional physician. According to the level I response, it is reported that the RNCC physician recommended you an alternative treatment plan for pain; however, you refused the treatment offered. This issue is governed by OP 720.5.

**If you have any further issues, please resubmit a sick call request for further evaluation of your medical needs and treatment plan.** You are encouraged to follow the recommendations of the health care staff as well. There is no violation of policy/procedure regarding this issue. No further action is needed from this level. **In accordance with OP 866.1 governing the Offender Grievance Procedure, Level II is the last level of appeal for this complaint. All administrative remedies have been exhausted regarding this issue.**

| Health Services Director, or Chief of Operations for Health Services | Date |
|---|---|
| _JNV mv_ | 22 Feb 19 |

Plaintiff
Exhibit 1B

RECEIVED RNCC

RECEIVED RNCC
VIRGINIA
DEPARTMENT OF CORRECTIONS
JAN 14 2019
JAN 23 2019

GRIEVANCE DEPT.
GRIEVANCE DEPARTMENT

Informal Complaint 866_F3_4-17

## Informal Complaint

**INSTRUCTIONS FOR FILING:** Briefly write your issue in the space provided on the Informal Complaint form, preferably in ink. Only one issue per Informal Complaint. Place your complaint in the designated area at your facility. A receipt is issued within 2 working days from the date received if the informal complaint is not returned during intake. If no response is received within 15 calendar days, you may proceed in filing a regular grievance. You may utilize your receipt as evidence of your attempt to resolve your complaint.
**An Informal Complaint is not required for an alleged incident of sexual abuse.**

| Jeramiah Chamberlain | 1084343 | C-1-116 |
|---|---|---|
| Offender Name | Offender Number | Housing Assignment |

| Dr. T. Mathena | 1-4-19 / 1545 hrs. |
|---|---|
| Individuals Involved in Incident | Date/ Time of Incident |

☐ Unit Manager/Supervisor ☐ Food Service ☐ Institutional Program Manager
☐ Personal Property ☐ Commissary ☐ Mailroom
☒ Medical Administrator ☐ Other (Please Specify): _____

Briefly explain the nature of your complaint (be specific):

On 1-4-19, I was seen by Dr. Mathena for chronic care and he abruptly removed all my chronic pain medication (Gabapentin, Tramadol and Elavil) which I have been taking for over 2 years. These meds were originally prescribed by Dr. Stevens (which had to be, and were approved by Dr. Ammonett); followed by multiple visits, evaluations and recommendations by both Nerological and Pain management Specialists (which were again approved by Dr. Ammonett!) I am in excruciating and constant pain! I need my meds!

Offender Signature _____  Date 1-11-19

### Offenders - Do Not Write Below This Line

Date Received: 1/14/2019                Tracking # RNCC- 19 -INF- 00150

Response Due: 1/29/2019                Assigned to: medical

Action Taken/Response:

Please see informal complaint # 00151

RECEIVED
JAN 28 2019
OMBUDSMAN SERVICE UNIT
WESTERN REGION

| L. Parks | L Parks, RNCB | 1-15-19 |
|---|---|---|
| Respondent Signature | Printed Name and Title | Date |

### WITHDRAWAL OF INFORMAL COMPLAINT:

I wish to voluntarily withdraw this Informal Complaint. I understand that by withdrawing this Informal Complaint, I will not receive a response nor will I be able to file any other Informal Complaint or Grievance on this issue.

Offender Signature: _____  Date: _____

Staff Witness Signature: _____  Date: _____

Revision Date: 4/28/17



RECEIVED RNCC

VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_4-17

JAN 23 2019
GRIEVANCE DEPARTMENT

# REGULAR GRIEVANCE

Log Number: RNCC- 19 -REG- 00050

| Last Name, First | Number | Building | Cell/Bed Number |
|---|---|---|---|
| Chamberlain Jeremiah | 1084343 | C-1 | 116 |

| Individuals Involved in Incident | Date/ Time of Incident |
|---|---|
| Dr. T. Mathena, Lisa Parks | 1-4-19 / 1545 hrs   to present date/time. |

**WHAT IS YOUR COMPLAINT?** (Provide information from the informal process: Attach Informal Complaint response or other documentation of informal process.) On th above date ¾time, Dr. Mathena Ceased my Pain medications that took multiple trials and aprovals to arrive at. Upon my complaint, Lisa Parks stated it had to do with a new tattoo, and that th Dr. offered alternate treatments. 1) the tattoo does not negate the chronic pain inside my arm (as seen on x-ray; bone damage, hard ware (screws, plate), scar tissue); or th nerve damage as shown in an ECG nerve conductivity test. 2) The alternate treatments offered had already been exhausted as ineffective and serious side effects/allergies. Hence th reason I was on the medications that were ceased, and why I am under the care of both a Neurological specialist and a Pain Management specialist; All of which met th aproval of Dr. Mark Amonette and was continued care for several years. I am in constant and excruciating pain and I need my meds. back.

**What action do you want taken?** I want this decision reviewed, I want to be re-evaluated by specialists and my records reviewed. If this facility is unable to adequatly treat my chronic pain that I need to be transferred to a facility that can.

RECEIVED
JAN 23 2019
OMBUDSMAN SERVICE UNIT
WESTERN REGION

Grievant's Signature: _____  Date: 1-18-19

Warden/Superintendent's Office: _____

Date Received: _____

*Revision Date: 4/28/17*



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Regular Grievance** 866_F1_4-17

**INSTRUCTIONS FOR FILING:** You are required per Operating Procedure 866.1 *Offender Grievance Procedure* to attempt to resolve your complaint in good faith prior to filing a regular grievance. You must submit your grievance within 30 days from the date of occurrence or discovery of incident. Only one issue per grievance will be addressed. Write your issue only in the space provided on the grievance form, preferably in ink. Regular grievances are submitted through the institutional mail to the facility Grievance Office and a receipt issued within 2 working days from received date if the grievance is not returned during intake.

| | **INTAKE:** Grievances should be accepted for logging unless returned for the following reason(s): |
|---|---|
| ☐ | Non-Grievable. This issue has been defined as non-grievable in accordance with Operating Procedure 866.1.<br>☐ Disciplinary Procedure. You may appeal hearing decisions, penalties, and/or procedural errors under the provisions in Operating Procedure 861.1, *Offender Discipline.*<br>☐ Matters beyond the control of the Department of Corrections |
| ☐ | Does not affect you personally (This issue did not cause you personal loss or harm) |
| ☐ | Limited. You have been limited by the Warden/Superintendent |
| ☐ | More than one issue – resubmit with only one issue |
| ☐ | Expired Filing Period. Grievances are to be filed within 30 calendar days from date of occurrence/incident, or discovery of the occurrence/incident except in instances: 1) beyond the offender's control or, 2) where a more restrictive time frame has been established in Operating Procedures to prevent loss of remedy or the issue from becoming moot. |
| ☐ | Repetitive. This issue has been grieved previously in Grievance # |
| ☐ | Inquiry on behalf of other offenders. |
| ☐ | Group Complaints or Petitions. Grievances are to be submitted by individuals. |
| ☐ | Vulgar/Insolent or Threatening Language. YOU MAY BE CHARGED IN ACCORDANCE WITH OPERATING PROCEDURE 861.1 *OFFENDER DISCIPLINE.* |
| ☐ | Photocopy/Carbon Copy. You must submit the original grievance for responses and appeals. |
| ☐ | Grievances Filed Regarding Another Institution. This grievance is being returned to you for you to submit to: |
| ☐ | Informal Procedure. You have not used the informal process to resolve your complaint |
| ☑ | Request for services  *Medical services - wants pain meds back* |
| ☐ | Insufficient Information (Not to include Medical). You need to provide the following information to the Grievance Office within 5 days before the grievance can be processed: _____ |
| ☐ | The issue in the grievance is different from the issue in the informal complaint |

Institutional Ombudsman/Grievance Coordinator: *S. Lin*     Date: *1-23-19*

**If you disagree with this decision, you have 5 calendar days from date of receipt to submit to the Regional Ombudsman for a review of the intake decision. The Regional Ombudsman's decision is final.**

| | Regional Review of Intake (within 5 working days of receipt) |
|---|---|
| ☐ | The intake decision is being upheld in accordance with Operating Procedure 866.1 *Offender Grievance Procedure.* |
| ☐ | The intake decision is being returned to you because the 5 day time limit for review has been exceeded. |
| ☑ | The grievance meets the criteria for intake and is being returned to the Warden/Superintendent for logging. |

Regional Ombudsman: _____     Date: *1/29/19*

**WITHDRAWAL OF GRIEVANCE:** I wish to voluntarily withdraw this grievance. I understand that by withdrawing this grievance, there will be no further action on this issue nor will I be able to file any other grievance in the future on this issue.

Offender Signature: _____     Date: _____

Staff Witness: _____     Date: _____

2 of 2

*Revision Date: 4/28/17*

To whom it may concern,

On 1-23-19, B. Walls denied the intake of my grievance stating: "Request for services", that I simply want my pain meds back. This grievance is the result of my visit with the doctor, his taking away the effective pain medication, then only offering previously ~~still~~ deemed ineffective treatments, and refusing any other course of action.

As I stated, I went through multiple medication/treatment trials, which, after complications, allergic reactions, which led to treatment and evaluation by Specialists.

So I present, the previous primary physician (Dr. Stevens), made the recommendations for the meds I was taking; this was approved by Richmond (Dr. Ammonett); followed by the agreement of a neurological Specialist (VCU) and a pain management Specialist (Dr. Powers); all of which had to be reviewed and again approved by Richmond (Dr. Ammonett).

Now, all of a sudden, this one Doctor (Mathena) knows more & better than FOUR (4) doctors (two of which are specialists) who are all in agreement about my course of treatment. And Mathena's answer was: "The State won't let me do it".

This grievance needs to be logged so I can appeal it to DOC with Sue's ~~review~~ review, ~~bg~~ since this is a medical issue.

Thank You

RECEIVED
JAN 28 2019
OMBUDSMAN SERVICE UNIT
WESTERN REGION



VIRGINIA DEPARTMENT OF CORRECTIONS

**Offender Grievance Response – Level I**

866.1 A-6
DOC Location: RNCC River North Correctional Center
Report generated by Walls, B S
Report run on 02/06/2019 at 10:26 AM

RECEIVED
FEB 2 1 2019
OFFICE OF HEALTH SERVICES

| Offender Name | DOC# | Location | Grievance Number |
|---|---|---|---|
| Chamberlain, Jeremiah | 1084343 | **Current** River North Correctional Center | RNCC-19-REG-00050 |
| **Housing** | | **Filed** River North Correctional Center | |
| C-1-116-B | | | |

LEVEL I:   WARDEN/SUPERINTENDENT'S RESPONSE      (To be completed and mailed within 30 calendar days)

**In your grievance you state** on 1/4/19, Dr. Mathena ceased your pain medications that took multiple trials and approvals to arrive at. You contend on your complaint Lisa Parks stated it had to do with a new tattoo and that the doctor offered alternate treatments. You argue the tattoo does not negate the chronic pain inside your arm or the nerve damage as shown in an ECG nerve conductivity test. You insist the alternate treatments offered had already been exhausted as ineffective and serious side effects/allergies. You allege this is why you were on the medications that were ceased and under the care of both a Neurological Specialist and a pain management specialist. You contend all met the approval of Dr. Mark Amonette and was continued care for several years. You declare you are in constant and excruciating pain and need your pain meds back.

**As a result of this grievance you would like** for this decision to be reviewed and to be re-evaluated by specialists and your records reviewed. If this facility cannot adequately treat your chronic pain then you want to be transferred to a facility that can.

**An investigation into your complaint indicates:** Per RNCC Medical Director, you are being treated appropriately; however, if you wish to be re-evaluated you must submit a request form to Medical requesting an appointment. There are no indications found supporting your claim that proper medical services are not being given to you. No violation of procedure is found.

**Your grievance is governed by** OP 720.2 Medical Screening, Classification, and Levels of Care.

**After thoroughly reviewing the information presented by staff in response to your complaint and the policy governing the issue,** I find your grievance to be **UNFOUNDED.**

If you are dissatisfied with the Level I response, you may appeal within 5 calendar days to:
Health Services Director, PO Box 26963, Richmond, VA 23261-6963

Warden/Superintendent                                                        Date  2/6/19

I wish to appeal the Level I response because:  Whats the point to being "re-evaluated"? Dr. Mathena made it clear the only medication he will even consider is the formulary

Page 1 of 2                                                        Rev. 05/31/2007

meds. We have already tried and stopped because of allergies, adverse effects and simply non-effective. Dr. Mathern clearly stated that I can only get those meds and nothing else. I have been taking Flexeril, gabapentin and tramadol for over a period of 2½ years; not only per your original approval, but also per neurological and pain management specialists recommendations; Which again required your approval. Mathern's decision is contrary not only to your decision, but 3 other doctors as well.

| Offender Signature | Date 2-6-19 |
| --- | --- |



VIRGINIA DEPARTMENT OF CORRECTIONS

866.1 A-7

## Offender Grievance Response - Level II

DOC Location: C00 Central Office, Administration

Report generated by HR

Report run on 02/25/2019 at 11:07 AM

| Offender Name | DOC# | Location | | Grievance Number |
|---|---|---|---|---|
| Chamberlain, Jeremiah | 1084343 | **Current** | River North Correctional Center | RNCC-19-REG-00050 |
| **Housing** | | **Filed** | River North Correctional Center | |
| C-1-116-B | | | | |

LEVEL II: REGIONAL DIRECTOR, HEALTH SERVICES DIRECTOR OR CHIEF OF OPERATIONS FOR OFFENDER

MANAGEMENT SERVICES RESPONSE (To be completed and mailed within 20 calendar days)

**LEVEL II HEALTH SERVICES DIRECTOR:**

Your grievance appeal complaint has been reviewed along with the response from Level I and your complaint that Dr. Mathena abruptly removed all of your chronic pain medications (Gabapentin, Tramadol, and Flexeril) on 01/04/19 which you have taken for more than two years.

Based on the information provided and upon further investigation, I concur with the Level I response and have determined your grievance **UNFOUNDED.** As you were advised, medication recommendations from the offsite providers may be changed at the clinical discretion of your institutional physician. It is documented in your January 2019 Medication Record that the RNCC physician prescribed you Extra strength Tylenol and Capsaicin medications as a pain relief alternative. This issue is governed by OP 720.5.

**If you have any further issues, please resubmit a sick call request for further evaluation of your medical needs and treatment plan.** You are encouraged to follow the recommendations of the health care staff as well. There is no violation of policy/procedure regarding this issue. No further action is needed from this level. **In accordance with OP 866.1 governing the Offender Grievance Procedure, Level II is the last level of appeal for this complaint. All administrative remedies have been exhausted regarding this issue.**

| Health Services Director, or Chief of Operations for Health Services | Date |
|---|---|
| *J N Mun* | 28 Feb 19 |



TO: Attorney General, Mark Herring; 202 North 9th  Street, Richmond, Virginia 23219

Division of Risk Management; 101 North 14th Street,(6thfloor) Richmond, Virginia 23219

BY:CERTIFIED MAIL, RETURN RECIEPT REQUESTED

## NOTICE OF CLAIM

PURSUANT to Virginia Code Ann. § 8.01-195.6(E); Jeramiah Chamberlain,Plaintiff, residing at River North Correctional Center, 329 Delbrook Lane, Independence, Virginia 24348; hereby gives NOTICE of his claim against the Commonwealth of Virginia, Department of Corrections, and Doctor T. Mathena(Dr. Mathena)for personal injury sustained by reason of: malice, gross neglegence, neglegence, intentional infliction of emotional distress (IIED), all as a result of the medical malpractice of Dr.Mathena, employed by the Department of Corrections (DOC), of the Commonwealth of Virginia,it's agents, officers, or employees: here at the River North Correctional Center (RNCC), Medical Department, on Friday January 4, 2019; at or around 1500 Hrs (3:00pm) to 1545Hrs (3:45pm), in exam room 2 of the medical department.

On the above stated time and place, Chamberlain was seen by Dr.Mathena(as Dr. Mathena was a temporary replacement for Chamberlain's primary physician Dr. J. Stevens, who went back to his private practice) for medication renewal to treat his chronic pain, and for a routine chronic care (i.e. hepatitis, hypertension etc.) exam; when Dr.Mathena decided to stop all medications Chamberlain had been taking for three (3) years (some meds longer) without any "weaning" process.

Chamberlain has been taking: Flexeril(a muscle relaxer) for spasms in his hand, and Gabapenten(anti-spasmadic (seizure)) for nerve damage; since early to mid- 2015; and also Tramadol (narcoic pain reliever) since 2016; all for the purpose of treating his chronic pain resulting from a gunshot wound, where a hollow point round went through the length of Chamberlain's forearm causing extensive and irreparable damage.

These medications were prescribed after extensive trial and error, and the exhaustion of all other formulary medication and treatments; as they all had severe adverse reactions, allergies, and/or ineffective; resulting in multiple "specialists" consultations, exams, and tests; all under the scrutiny and aproval of Dr. Mark Amonette (DOC Health Director).

When Dr.Mathena claimed he was not going to renew these meds he claimed it was because the "state didn't approve them"; and "because other places he worked didn't allow them". Dr. Mathena also stated : the only meds he will give Chamberlain, were the same ones that Chamberlain had allergies, or serious adverse reactions to; which were already listed in Chamberlain's medical records; as Chamberlain tried to explain this, Dr. Mathena did not care.

Chamberlain then asked if he was going to be "weaned" off, since he had been taking these meds for such a long period of time; Dr. Mathena claimed: "the state did not require it".

The following day, Saturday January 5,2019; Chamberlain began going through withdrawl, which progressed and worsened. That whole week, Chamberlain could not leave his bed. He suffered muscle cramps, spasms, nausea, vommiting, liquid bowel, sweats, chills, insomnia, and on top of all that Chamberlain had to, and still is,dealing with the excruciating pain from the gun shot.

2

After that week, Chamberlain was finally able to begin filing his administrative remedies. Chamberlain suffered these withdrawl symptoms for almost a month. Again, Chamberlain is still suffering extreme pain from his gun shot wound.

Chamberlain is seeking damages in the amount of :$50,000.00 for pain and suffering.

Respectfully submitted,

Jeramiah Chamberlain #1084343
River North Correctional Center
329 Dellbrook Lane
Independence, Virginia 24348

STATE OF VIRGINIA
COUNTY OF GRAYSON, to-wit:

I, Jeramiah Chamberlain, plaintiff herein, being duly sworn say say that I have read the foregoing NOTICE OF CLAIM and know the contents thereof, and that the same is true to the best of my knowledge, information and belief. Given under my hand this 11 day of March ,2019.

Jeramiah Chamberlain
RNCC
329 Dellbrook Lane
Independence, Virginia 24348

Subscribed and sworn to before me this 11 day of March ,2019 by Jeramiah Chamberlain, whose identity was proven before me by state issued ID card.

My commission expires: 01-31-2022

Melissa D Sowers
Notary Public

Notary Registration No.: 7787992

I hereby certify that this Notary is not a party to this Document:



U.S. POSTAGE PITNEY BOWES

ZIP 24348 $ 007.15
02 4W
0000343125 MAR 12 2019

CERTIFIED MAIL

7018 2290 0000 5161 3580

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Division Of Risk Management
101 N. 14th St. (6th floor)
Richmond, Va. 23219

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

Jeremiah Chamberlain#1084343
River North Correctional Center
329 Dellbrook Lane
Independence, Virginia 24348

USPS Tracking Intranet                                                          Page 1 of 1

Help

## Product Tracking & Reporting

 UNITED STATES
POSTAL SERVICE®

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | April 15, 2019 |

### USPS Tracking Intranet
### Delivery Signature and Address

> ⚠ **\*\*ATTENTION\*\*** Please note that "Scheduled Delivery Date from the ISC" is incorrectly showing "by 8:00pm" on the Internet and Intranet tracking results page for international items. Until this is fixed on the page, please disregard the time of "by 8:00pm" and adhere to the correct commitment time of 3:00pm; deliveries/attempts after 3:00pm fail service. Thank you for your support.
>
> Last Updated: 8/30/2018

**Tracking Number: 7018 2290 0000 5161 3580**

**This item was delivered on 03/18/2019 at 13:49:00**

< Return to Tracking Number View

| Signature | *(signature)* |
|-----------|---------------|
| Address   | *(handwritten)* 101 N 14 |

Enter up to 35 items separated by commas.

Select Search Type: [Quick Search ▾]    [ Submit ]

Product Tracking & Reporting, All Rights Reserved
Version: 19.2.4.0.11



US POSTAGE FIRSTCLASS
$ 007.15
0000348125 MAR 12 2019

**CERTIFIED MAIL**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

Total Postage and Fees

7018 2290 0000 5161 3573

Mark Herring, Atty. Gen.
202 N. 9th St.
Richmond, Va. 23219

PS Form 3800, April 2015          See Reverse for Instructions

RECEIVED
MAR 2019
OUTGOING LEGAL MAIL

Jeramiah Chamberlain#1084343
RNCC
329 Dellbrook Ln.
Independence, Va. 23348

Help

# Product Tracking & Reporting

 **UNITED STATES**
**POSTAL SERVICE**®

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | April 15, 2019 |

## USPS Tracking Intranet
### Delivery Signature and Address

> ⚠️ **\*\*ATTENTION\*\*** Please note that "Scheduled Delivery Date from the ISC" is incorrectly showing "by 8:00pm" on the Internet and Intranet tracking results page for international items. Until this is fixed on the page, please disregard the time of "by 8:00pm" and adhere to the correct commitment time of 3:00pm; deliveries/attempts after 3:00pm fail service. Thank you for your support.
>
> Last Updated: 8/30/2018

**Tracking Number: 7018 2290 0000 5161 3573**

**This item was delivered on 03/18/2019 at 09:14:00**

<u>< Return to Tracking Number View</u>



Enter up to 35 items separated by commas.

Select Search Type: [Quick Search ▼]    [Submit]

Product Tracking & Reporting, All Rights Reserved
Version: 19.2.4.0.11



*Plaintiff*

VIRGINIA
DEPARTMENT OF CORRECTIONS

Health Services Complaint and Treatment Form   720_F17_7-12

## Health Services Complaint and Treatment Form

*Exhibit 3*

**Facility:**   River North Correctional Center

**Offender Name:** Chamberlain            Jeremiah            **Number:** 1084343
                   *Last*                 *First*

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 6·6·16 530p 150/100 96 B-20 O₂-98% RA | Returned from outside appointment. Ø complaints voiced at this time. Redness located bilateral ↓ wrists r/t cuff placement. Chart on doctor's row for review | |
| 6-9-16 1310 wt 232½ T98.7 96% P 112 copys of PT exercises given. | S/C Meds not working schedule to do PT here M W F Pain management clinic denied, PT allowed. Has just begun PT. Sttl c̄ complaint of uncontrolled pain. No change in exam ① Continue PT ② Gabapentin to 900 mg PO TID × Tylenol 500 mg 2 PO BID PRN pain × 1 20 d. | Verified ___ LPN 6-9-16 305pm |
| 7/7/16 0933 | Change Gabapentin to 1200 mg P.O. BID × 180 d. noted R Crawford LPN 7-7-16 1130 1150 ✓ Flexeril 10mg ½ po BID × 180d noted R Crawford LPN 7/7/16 1310 | Verified ___ LPN 7/7/16 @ 3:00pm |



VIRGINIA
DEPARTMENT OF CORRECTIONS   **Health Services Complaint and Treatment Form** 720_F17_7-12

## Health Services Complaint and Treatment Form

**Facility:**  RIVER NORTH CORRECTIONAL CENTER

**Offender Name:** *Chamberlain*        *Jeremiah*     **Number:** 108343
Last               First

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 8-2-16  1530 | S/C Protonix renewal | |
| 24 h/r | Pain no better. Theraphy x 3 wks | |
| 236# | S - for Protonix refill - s×s of reflux | |
| 120/86 | return off | |
| P 106  97% | - still ē R forearm pain (chronic | |
| T 97.5 | baseline and episodes of sharp pain) | |
| | and hand paresthesias / tingling (Better | |
| | ē Gabapentin). PT now x 3 wks. Previous Pain manage. referred | |
| | O A&O NAD | denied. |
| | Ext - R UE ē atrophy + scarring + | |
| | minimal finger flexion/grasp. | |
| | Perfusion WNL | |
| | A - GERD | |
| | - R wrist s/p surgery p̄ injury | |
| | - persistent pain + paresthesias | |
| | P - Protonix (40 mg) daily | |
| | x 180 d. ✓ | |
| | (Pt. understands risks of med | |
| | - Schedule for recheck in | |
| | September p̄ completion | |
| | of 45 d. at PT. | |
| 8-3-16  1630 | P/T cancelled for today | |
| | d/t construction per security | R Crawford LPN |
| | | |
| | | |
| | | |
| | | |



**VIRGINIA**
DEPARTMENT OF CORRECTIONS   Health Services Complaint and Treatment Form 720_F17_7-12

## Health Services Complaint and Treatment Form

**Facility:** River North Correctional Center

**Offender Name:** Chamberlain    Jeremiah    **Number:** 1084343
                   *Last*              *First*

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 10/12/16 80th 131/85,130,20 | MD Sick call- PT not working | D.Weedon |
| | ① "Bone pain" continues in forearm sharp, constant stabbing radiating pain. No improvement c̄ max Gabapentin and physical therapy. Taking Tylenol (but has Rxn c̄) reactions to Ibuprofen Motrin Salsalate | |
| | ② (R) forearm deformity s/p old injury + remodel c̄ movement in 4th & 5th fingers. Perfusion wnl + weakness of motion/grip | |
| | ③ chronic (R) forearm pain s/p dog bite & multiple grafting | |
| noted DV R Weedon 10-12-16 10 40 | ④- Will resubmit QMC for pain management Tramadol 100 mg Rx PO BID x 90 d. (M) Reaction to NSAIDs Ibuprofen Motrin Salsalate (see previous QMC) Taking Tylenol but has Rxn c̄ Max Gabapentin used for neuropath pain | |
| 10/12/16 1353 | QMC submitted for pain management. | PMM |
| 11/7/16 pm | On Master Pass for nurse call to discuss "my records"- no show/no appt | D.Weedon |
| | | |
| | | |



VIRGINIA
DEPARTMENT OF CORRECTIONS   **Health Services Complaint and Treatment Form** 720_F17_7-12

## Health Services Complaint and Treatment Form

**Facility:** RIVER NORTH CORRECTIONAL CENTER

**Offender Name:** _Chamberlain_         _Jeremiah_         **Number:** 1084343
                        Last                          First

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 11-8-16  1620 | S/C med adjustment | |
| #281 | Tylenol renewal | |
| 140/80 | - for med renewal - requesting Tylenol | |
| 98.9 P95 | - Requesting Reglan in place of | |
| 99% | Protonix for GERD for period - has | |
| | used same before c̄ success. | |
| | Ⓟ Acetaminophen 500 mg 2 PO | |
| | BID PRN pain x 180 d | |
| | Reglan 10 mg ② PO BID x 90 d | |
| | Hold Protonix while on Reglan | |
| | Pt awaiting Pain Management | |
| | clinic appointment. | |



VIRGINIA
DEPARTMENT OF CORRECTIONS

**Health Services Complaint and Treatment Form** 720_F17_7-12

## Health Services Complaint and Treatment Form

**Facility:**   RIVER NORTH CORRECTIONAL CENTER

**Offender Name:**  Chamberlain              Jeremiah      **Number:** 1084343
                         Last                    First

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 5/15/17 2:01 pm | C/o Offender brought to medical for pain management telemed. Telemed begins at 2:01 pm. Telemed ends at 2:15 pm. Neurologist recommends nerve conduction studies before making any medication changes. —— | H.Marsh, RN |
| 5/17/17 1624 | QMC for ® UE EMG (as per neurology) submitted. Please forward 5/15/17 Neuro Jerry consult to Dr. Amonette — | [initials] RN |
| 06/6-17 1430 wt 249 P 108  98% T 97.8 124/78 | f/u nurse note 5-10-17 — Still c̄ 8.5/10 pain ® UE. Awaiting EMG revisit c̄ neurology — C/o ⑩ lcl foot pain — Jumped from bed ~2 weeks ago ✱ See CC Note from todays date for orders re above | [initials] MD |

JMH  CI#: 01721751  MR#: 000587352
PT#: 85618020  SHIELDS, EMILY S
CHAMBERLAIN ,JERAMIAH  M ADMDOL876
DOB:10 / 08 / 1980  36  Y  08/18/17 08:36



# Mountain States Medical Group
## Neurology

Test Date: 8/18/2017

| Patient: | Jeramiah Chanberlain | DOB: | 10/8/1980 | Ref Phys: |
|---|---|---|---|---|
| | | ID#: | 85618020 | |

**Patient Complaints:**
36 year old right handed white male with gunshot wound to right wrist/ forearm in 2011. He states that the bullet went along the path of the median nerve and has a scar along that course. Has numbness in his hand that spares the 4th and 5th digit. He is unable to make a fist and has deep bone pain in the forearm as he describes it.

**EMG & NCV Findings:**
Evaluation of the Right median motor nerve showed prolonged distal onset latency (5.0 ms), reduced amplitude (4.3 mV), and decreased conduction velocity (Elbow-Wrist, 34 m/s). The Right Median 2nd Digit sensory nerve showed no response (Wrist). The Right median/ulnar (palm) comparison nerve showed no response (Median Palm). All remaining nerves (as indicated in the following tables) were within normal limits.

F Wave studies indicate that the Right median F wave has no response. All remaining F Wave latencies were within normal limits.

All examined muscles (as indicated in the following table) showed no evidence of electrical instability.

**Impression:**
There is electrodiagnostic evidence of:
1. A right median sensorimotor neuropathy

Thank you very much for asking me to see this patient for electrodiagnostic testing.

Sincerely,

Emily Shields, MD



P. 6



JMH   CI#: 01721751   MR#: 000587352
PT#: 85618020   SHIELDS, EMILY S
**CHAMBERLAIN, JERAMIAH** M ADMDDJ876
DOB: 10 / 08 / 1980   36 Y   08/18/17 08:36

Test Date: 8/18/2017

Page 2

## Nerve Conduction Studies

### Anti Sensory Summary Table

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) |
|------|----|-----------|-----------------|-------------|--------------|-------|-------|--------------|-----------|-----------|
| **Right Median 2nd Digit Anti Sensory (2nd Digit)** | | | | | | | | | | |
| Wrist | NR | | | | >10 | Wrist | 2nd Digit | | 0.0 | |
| **Right Radial Anti Sensory (Base 1st Digit)** | | | | | | | | | | |
| Wrist | | 1.6 | 10.3 | | | Wrist | Base 1st Digit | 1.6 | 10.0 | 63 |
| **Right Ulnar Anti Sensory (5th Digit)** | | | | | | | | | | |
| Wrist | | 2.8 | | 21.9 | >10.0 | Wrist | 5th Digit | 2.8 | 14.0 | 50 |

### Motor Summary Table

| Site | NR | Onset (ms) | Norm Onset (ms) | O-P Amp (mV) | Norm O-P Amp | Site1 | Site2 | Delta-0 (ms) | Dist (cm) | Vel (m/s) | Norm Vel (m/s) |
|------|----|-----------|-----------------|-------------|--------------|-------|-------|--------------|-----------|-----------|----------------|
| **Right Median Motor (Abd Poll Brev)** | | | | | | | | | | | |
| Wrist | | 5.0 | <4.2 | 4.3 | >5 | Elbow | Wrist | 5.6 | 19.0 | 34 | >50 |
| Elbow | | 10.6 | | 0.8 | | | | | | | |
| **Right Ulnar Motor (Abd Dig Minimi)** | | | | | | | | | | | |
| Wrist | | 3.0 | <4.2 | 10.8 | >3 | B Elbow | Wrist | 2.9 | 19.0 | 66 | >45 |
| B Elbow | | 5.9 | | 10.5 | | A Elbow | B Elbow | 2.5 | 14.0 | 56 | >45 |
| A Elbow | | 8.4 | | 10.2 | | | | | | | |

### Comparison Summary Table

| Site | NR | Peak (ms) | Norm Peak (ms) | O-P Amp (µV) | Norm O-P Amp | Site1 | Site2 | Delta-P (ms) | Norm Delta (ms) |
|------|----|-----------|----------------|-------------|--------------|-------|-------|--------------|-----------------|
| **Right Median/Ulnar Palm Comparison (Wrist - 8cm)** | | | | | | | | | |
| Median Palm | NR | | <2.5 | | | Median Palm | Ulnar Palm | | <0.3 |
| Ulnar Palm | | 1.8 | <2.5 | 15.4 | | | | | |

## F Wave Studies

| NR | F-Lat (ms) | Lat Norm (ms) | L-R F-Lat (ms) | L-R Lat Norm |
|----|-----------|---------------|----------------|--------------|
| **Right Median (Mrkrs) (Abd Poll Brev)** | | | | |
| NR | | <33 | | <2.2 |
| **Right Ulnar (Mrkrs) (Abd Dig Min)** | | | | |
| | 28.44 | <36 | | <2.5 |

## EMG

| Side | Muscle | Nerve | Root | Ins Act | Fibs | Psw | Amp | Dur | Poly | Recrt | Comment |
|------|--------|-------|------|---------|------|-----|-----|-----|------|-------|---------|
| Right | Abd Poll Brev | Median | C8-T1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Poor effort |
| Right | 1stDorInt | Ulnar | C8-T1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Poor effort |
| Right | Pronator Teres | Median | C6-7 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | Poor effort |
| Right | ABD Dig Min | Ulnar | C8-T1 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | |
| Right | Biceps | Musculocut | C5-6 | Nml | Nml | Nml | Nml | Nml | 0 | Nml | |







Fax Server

JMH   Cl#: 01721751   MR#: 000587352
PT#: 85618020   SHIELDS, EMILY S
CHAMBERLAIN ,JERAMIAH   M ADMDDJ87X
DOB:10 / 08 / 1980   36  Y   08/18/17 08:36

Test Date: 8/18/2017

Page 3

## Waveforms:



## RIVER NORTH CORRECTIONAL CENTER
## CHRONIC DISEASE FOLLOW UP

| Offender Name | Chamberlain, Jeremiah | Offender Number | 1084343 |
|---|---|---|---|

**LIST CHRONIC DISEASES**

| 1. Hep C | 3. | 5. |
|---|---|---|
| 2. HTN | 4. | 6. |

HISTORY: (Attach a progress form, if needed, to provide a more complete history) Attach Pharmacy profile or list current medications:

**COMPLAINTS/PROBLEMS:**

CV/Hypertension: Chest Pain:  YES (NO)   SOB:  YES (NO)   Asthma:  # of attacks since last visit: _____

Diabetes Mellitus:  # of hypoglycemic reactions since last visit: _____
#short acting beta agonist canisters in last month:_____

Seizure Disorder: # of seizures since last visit: _____
# visits to ETA for asthma since last visit: _____

All Diseases: other new symptoms:  YES  NO
# times awakening with asthma symptoms per week: _____

Additional History: — Persistant (L) LLE pain S/N GSW — following ē Neuro —
— (L) foot injury ~2 wk ago — jumped from bed
↓ EMG/NCS pending.

CCP compliance with medications:  YES NO    Diet: YES NO    Exercise:  YES NO

**VITALS:**

| HT | | BP 124/78 | Wt 249 | Pulse 108 | Resp. | |
|---|---|---|---|---|---|---|
| Lab | | Temp. 97.8 | Sat. 98% | PERF | Total Chol. | LDC |
| | | Hemoglobin A1C | VL | | CD4 | |
| | | HDL | Trig | | Other | |

EXAM: A+O NAD   N cobw / JM / JVD / Bruit
HEENT/Neck: OP clear no icterus   Neurological: Nonfocal   S — no jaundice
Lungs: CTA BBS =   Heart: RRR ē m
Extremities: N' edema   Abdomen: NT soft wo HSM   Rectal:
Other:

**ASSESSMENT:**

| 1. Hep C — stable — APRI - 0.435 FIB-4 1.28 No fibrosis |
| 2. HTN — stable |
| 3. |
| 4. |

Medications: No CC med Δ
Diagnostics: (L) foot x-ray
Labs: Sept 2017 — CBC, CMP, TSH, Lipid Profile, LFTs (fasting)
Monitoring: BP ___ X day/week/month   Glucose: ___ x day/week/month   Peak Flow ___   Other ___
Education Provided:   Nutrition   Exercise   Smoking   Test Results   ✓Medication Management   Other
Referral Specialist (Indicate Type) : ___   Other Chronic Care Program (Specify): ___
# days to next visit  90  60  30  Other: 180   Discharge from CCP (specify): ___

**PROVIDER SIGNATURE:** ___ MD   **DATE:** 6/6/17

↑ Tramadol to 150 mg (37.50) BID X 180 d (30 d. at a time).
Gabapentin 600mg ② P.O. BID X 180 d.  √/VRenck L-641 @ 180 d
Flexeril 10 mg P.O BID X 180 d

5/16

re renew
L-641 @ 180 d
6-6-17
4:16pm

P.9



VIRGINIA
DEPARTMENT OF CORRECTIONS                Health Services Complaint and Treatment Form 720_F17_7-12

## Health Services Complaint and Treatment Form

**Facility:**       RIVER NORTH CORRECTIONAL CENTER

**Offender Name:** Chamberlain        Jeremiah        **Number:** 1084343
                    *Last*              *First*

| Date/Time | Complaint and Treatment | Signature and Title |
|---|---|---|
| 6-9-17 8:45am | Offender brought to medical for (L) foot x-ray. Exam completed s̄ incident. | CKing RTR |
| 6-15-17 7:00am | Results of 6-9-17 x-rays was reviewed and verified by Dr. Stevens. | CKing RTR |
| 6/15/17 1652 | Patient has extensive damage to (R) UE from GSW. I believe Gabapentin is working in conjunction c̄ Tramadol. Neurology is following patient and if they direct to wean from Gabapentin we will do at that time. Continue current dose for now. | and pt may be getting referred to pain management as well |
| 8-18-17 11:40am BP 150/90 P 88 R 20 | Return from outside appt. (Neuro.) no voiced c/o. No s/sx trauma or abuse. Chart forwarded to Ms. Younce | X Parks RN |
| 10-12-17 8am | Labs done per MD order. | LDye RN |



*1DIS*

*CHAMBERLAIN, JEREMIAH
M 37Y  MR 325350  DOB 10/08/1980
ID 2472643   07/06/2018 00:00
OUTPATIENT SURG/TRMT/OBS, POWERS,
UNKNOWN_ROOM-UNKNOWN_BED

# TWIN COUNTY REGIONAL HEALTHCARE
# PAIN SERVICES DISCHARGE SHEET

## Discharge Instruction Sheet

You have had the outpatient procedure _____ _E S T_ _____
to help diagnose or treat your pain. The instructions indicated below should be followed for your safety and to obtain the best results from your procedure.

### Activity

- If this is your first injection, please have someone to drive you home. If it is a repeat injection, you may drive yourself, if you had no problems with the first injection.
- Resume normal activity today for facet injections only
- Rest today, increase activity tomorrow as tolerated
- **You may experience some numbness or weakness in your legs. Be careful when standing or walking or with rapid movement. Caution must be taken to avoid falling until normal feeling in legs and use of legs has returned**
- You may apply ice to the injection site for 5-10 minutes every 3-4 hours for the first 24 hours, after this you may use heat as needed

### Dressing (If applicable)

- Keep clean and dry for 24 hours, may remove after 24 hours
- No baths or soaking for 24 hours

### Diet

- Resume normal diet

### Medications

- You may continue with all previous medications unless they are changed by physician
- Resume any "blood thinners" tomorrow
- Other _____

### Call Twin County Pain Center (276)238-3558 if you develop any of the following:

- Excessive or abnormal bleeding from the injection site
- Persistent or increasing nausea, vomiting, or headache
- Difficulty breathing or shortness of breath
- Persistent fever or chills
- A significant increase in the severity of your pain or change in symptoms
- Any problems passing urine

### Transport Home:

- Has a responsible driver to drive him/her home. Name _____
- Other _____

Date/Time: _____ Nurse: _____